UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREAT AMERICAN E&S INSURANCE
COMPANY,

    Plaintiff,

v.

                                                        CASE NO. 8:25-cv-02454-SDM-CPT

BMS HOLDINGS, LLC, et al,

    Defendants.
_____/

## ORDER

Great American E&S Insurance Company sues (Doc. 1) BMS Holdings, LLC, and Nicholette Higgins and requests a declaration that Great American owes neither a defense nor indemnity to BMS Holdings in an underlying state action, *Nicholette Higgins v. BMS Holdings, LLC, et al.*, No. 2023-CA-001576. Higgins moves (Doc. 18) to dismiss, and Great American responds. (Doc. 25) For the reasons stated in the response, the motion to dismiss is DENIED.

ORDERED in Tampa, Florida, on December 18, 2025.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE